IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

CONSTRUCTORA MAZA, INC.

Debtor(s)

CASE NO. 76-68(ESL)

CHAPTER VII
ASSET CASE

## TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTRERED AND APPLICATION OF TRUSTEE TO BE DISCHARGE

TO THE HONORABLE COURT:

Comes now, Wigberto Lugo Mender, trustee of the estate of the above named Debtor(s), and shows as follows:

1. I have performed all statutory duties required of a Trustee under Chapter VII the Bankruptcy Act of the United State Code. I have submitted all originals cancelled checks and bank statement in the above styled matter shows a zero balance.

2. I certify that the estate have been fully administered, all assets and funds which have come under my control in the above styled matter have been properly accounted for as provided by law, and all funds have been disbursed in accordance with the Dividend Distribution Report or Orders of the Court.

WHEREFORE, the Trustee requests the Court to discharge the Trustee in the above styled matter. This Trustee's Final Account, Certification that The Estate has been fully administered, and Application of Trustee to be Discharged is signed under penalty of perjury,

This 12 day of June of 2003 in Guaynabo, Puerto Rico.

TRUSTEE/ JORGE M GUILLERMETY
CHAPTER VII TRUSTEE
1614 Paraná
Paraiso Development
Rio Piedras, P.R. 00926
Tel. (787) 764-9826

Imaging Section

# Exhibit Not Imaged

Refer to the Physical File

Docket No. _____